**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: Z.B., A MINOR | : | No. 148 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: T.B. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: A.B., A MINOR | : | No. 149 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: T.B. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 18th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.